# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>        Plaintiff,<br><br>    v.<br><br>BUGARIN, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00490-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 7)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Kaheal Parrish ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 15, 2019. (ECF No. 1.)

On April 19, 2019, the assigned Magistrate Judge issued Findings and Recommendations that Plaintiff's application to proceed *in forma pauperis* be denied on the basis that Plaintiff is able to afford the costs of this action, and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 7.) Those Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) Plaintiff filed objections to the Findings and Recommendations on May 1, 2019. (ECF No. 8.)

In his objections, Plaintiff argues that despite having funds to pay the filing fee, Plaintiff is not an attorney and is therefore entitled to leniency by the Court. Plaintiff contends that denying

1

Plaintiff's *in forma pauperis* status holds Plaintiff to the standard of a professional attorney. (Id.)

Plaintiff's objection is not relevant to the Magistrate Judge's Findings and Recommendations. Plaintiff is able to afford the costs of this action, and therefore his *in forma pauperis* status is properly denied. The Court notes that Plaintiff will still be proceeding as a *pro se* litigant, and as such will be afforded the leniency the Court typically grants upon all *pro se* litigants, regardless of whether they are proceeding *in forma pauperis*.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, (ECF No. 7), issued on April 19, 2019, are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is denied; and
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated: **May 2, 2019**         /s/ Lawrence J. O'Neill
                               UNITED STATES CHIEF DISTRICT JUDGE