# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH, <br><br> Plaintiff, <br><br> v. <br><br> BUGARIN, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00490-LJO-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION <br><br> (ECF Nos. 10, 11) |

Plaintiff Kaheal Parrish ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied on the basis that Plaintiff is able to afford the costs of this action, and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 7.) Plaintiff filed objections on May 1, 2019, (ECF No. 8), and the undersigned adopted the findings and recommendations in full on May 2, 2019, (ECF No. 9). Plaintiff was ordered to pay the filing fee within twenty-one days. (ECF No. 9.)

On May 16, 2019, Plaintiff filed a "Motion and Request for Order of Payment," wherein Plaintiff requested a court order directing CDCR to process his CDCR 193 to pay the filing fee in this action. (ECF No. 10.) The Magistrate Judge construed the request as a motion for

1

| | |
|---|---|
| 1 | preliminary injunction, and on May 21, 2019, issued findings and a recommendation to deny the |
| 2 | motion for lack of jurisdiction. (ECF No. 11.) The findings and recommendations were served |
| 3 | on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) |
| 4 | days after service. (<u>Id.</u> at 4.) No objections to the findings and recommendations have been filed, |
| 5 | and the deadline to do so has expired. |
| 6 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a |
| 7 | *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the |
| 8 | findings and recommendations to be supported by the record and by proper analysis. In addition, |
| 9 | the Court notes that on May 28, 2019, Plaintiff paid the $400.00 filing fee in full.[1] As such, it |
| 10 | appears Plaintiff's motion is now moot. |
| 11 | Accordingly, IT IS HEREBY ORDERED that: |
| 12 | 1. The findings and recommendations issued on May 16, 2019, (ECF No. 11), are adopted in full; |
| 14 | 2. Plaintiff's motion for preliminary injunction, (ECF No. 10), is denied; and |
| 15 | 3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order. |

IT IS SO ORDERED.

Dated: __June 14, 2019__         _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Receipt number #CAE100042607 $400.00 fbo Kaheal Parrish F-15901 by State of California on 5/28/2019.