# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BUGARIN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00490-NONE-BAM (PC)<br><br>ORDER ADVANCING SETTLEMENT CONFERENCE<br><br>(ECF No. 35)<br><br>**Date: July 15, 2021**<br>**Time: 1:00 p.m.** |

　　　A remote settlement conference in this matter is currently scheduled on July 16, 2021, at 10:00 a.m. before Magistrate Judge Stanley A. Boone. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court has ordered that the settlement conference occur remotely through the Zoom videoconferencing application. (ECF No. 35.)

　　　To accommodate the Court's schedule, the Court finds it necessary to advance the settlement conference previously scheduled on that date to **July 15, 2021 at 1:00 p.m.** All provisions of the prior order setting the settlement conference, (ECF No. 35), shall apply for the new settlement conference date. The parties shall submit their confidential settlement statements at least one week in advance of the new settlement conference date.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The remote settlement conference will be advanced to **July 15, 2021 at 1:00 p.m.**; and
2. Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated: **June 7, 2021**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE