# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>                    Plaintiff,<br><br>          v.<br><br>BUGARIN, *et al.*,<br><br>                    Defendants. | Case No.: 1:19-cv-00490-NONE-BAM (PC)<br><br>ORDER THAT INMATE KAHEAL PARRISH IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Kaheal Parrish is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on July 15, 2021. Inmate Kaheal Parrish, CDCR #F-15901, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __July 15, 2021__

UNITED STATES MAGISTRATE JUDGE