# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHEAL PARRISH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUGARIN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00490-NONE-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY-DAY DEADLINE |

On July 15, 2021, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __July 15, 2021__　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1